IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NAPOLEON T. ANNAN YARTEY, SR.,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAII DEPARTMENT OF TRANSPORTATION AIRPORT; SECURITAS SECURITY SERVICE USA, INC.; JOHN DOES 1 10; JANE DOES 1 10; CORPORATION 1 10 DOES ; PARTNERSHIP 1 10 DOES; DOE GOVERNMENT ENTITIES 1 10; DEPARTMENT OF STATE OF HAWAII, DEPARTMENT OF PUBLIC SAFETY, SHERIFF DIVISION (DIS),<br><br>　　　Defendants.<br>_____ | CV 18 00107 HG KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO: (1) DISMISS COMPLAINT
WITH LIMITED LEAVE TO AMEND; (2) DENY PLAINTIFF'S
APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT
PREPAYING FEES OR COSTS (ECF No. 5)**

Findings and Recommendation having been filed on April 6, 2018 and served on all parties on April 9, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and

1

Local Rule 74.2, the "Findings and Recommendation to: (1) Dismiss Complaint With Leave to Amend; (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court.

The Court specifies that the Plaintiff has leave to file an Amended Complaint by no later than **Tuesday, June 12, 2018,** to address the deficiencies outlined in the Findings and Recommendation (ECF No. 5).

Further, if Plaintiff files an Amended Complaint, Plaintiff must also pay the filing fee or file an In Forma Pauperis application no later than **Tuesday, June 12, 2018.**

IT IS SO ORDERED.
DATE: May 10, 2018, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Napoleon T. Annan-Yartey, Sr. v. State of Hawaii Department of Transportation Airport; Securitas Security Service USA, Inc.; John Does 1-10; Jane Does 1-10; Corporation 1-10 Does; Partnership 1-10 Does; Governmental Entities 1-10; Department of State of Hawaii, Department of Public Safety, Sheriff Division (DIS), 18-cv-00107 HG-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO: (1) DISMISS COMPLAINT WITH LIMITED LEAVE TO AMEND; (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 5)**
2